UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Tamika N. Wyche, Esquire
DAVID PAUL DANIELS, PC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
**(856) 338-0411**
TW006502006

In Re: EVA ACEVEDO

Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-33510-ABA

Adv. No.:

Hearing Date:

Judge: Hon. Andrew B. Altenburg

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby

**ORDERED**.

**DATED: November 16, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: EVA ACEVEDO

Case No: 16-33154-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

     Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

     Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $600.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__      through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

     The debtor's monthly plan is modified to a payment of $345.00 per month for the remaining 49 months to allow for payment of the aforesaid fee, beginning, December 1, 2017.