Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−33510−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eva E. Acevedo
   1266 Kenwood Ave
   Camden, NJ 08103−2816

Social Security No.:
   xxx−xx−2770

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 10, 2017.

On September 7, 2018, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 October 10, 2018
Time:                 09:00 AM
Location:             Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 10, 2018
JAN: jpl

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 16-33510-ABA
Eva E. Acevedo                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2               Date Rcvd: Sep 10, 2018
                               Form ID: 185             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             Eva E. Acevedo,    1266 Kenwood Ave,    Camden, NJ  08103-2816
cr             City of Camden,    City Attorney,    City Hall, 4th Floor,    Suite 419,    PO Box 95120,
                 Camden, NJ  08101-5120
516541157      ABC Bail Bond,    425 Martin Luther King Blvd,    Camden, NJ  08102
516541158      ABCO Credit Union,    870 Delsea Drive Doubletree Ctr,    Glasboro, NJ  08028
516722162      Apex Asset Management, LLC,    Virtua Health System - WJ,    PO Box 5407,
                 Lancaster, PA  17606-5407
516541160      Arceima Attn: Payroll,    410 Broadacres Dr Ste 140,    Bloomfield, NJ  07003-3152
516541165      CCMUA,    PO Box 1105,    Bellmawr, NJ  08099-5105
516591337     +Camden County MUA,    1645 Ferry Ave.,    Camden, NJ 08104-1311
516541162     +Camden County Special Civil Part,    101 S 5th St,    Camden, NJ 08103-4099
516541166     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
516583044      City of Camden,    Dept. of Water & Sewer,    c/o Office of the City Attorney,
                 City Hall, Suite 419,    Camden, NJ  08101
516599037     +City of Camden,    c/o Office of the City Attorney,    520 Market St.,    City Hall, Suite 419,
                 Camden, NJ 08102-1300
516541167      City of Camden,    City Hall, Room 117,    PO Box 95120,    Camden, NJ  08101-5120
516541168      City of Camden (American Water),    PO Box 52747,    Phoenix, AZ  85072-2747
516541171      Depersia Bail Bonds,    511 Market St,    Camden, NJ  08102-1216
516706049      Emergency Physician Associates of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516541172      Gerald L. Reif, Trustee,    PO Box 350,    South Orange, NJ  07079-0350
516597767      MIDFIRST BANK,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
516723140     +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma Ctiy, OK 73118-6051
516541173      Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
516806728     +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516541174      PSE&G,    PO Box 1444,    New Brunswick, NJ  08903-1444
516541175      Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ  08026-1191
516574276     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
516541176      Santander Consumer USA,    PO Box 961245,    Fort Worth, TX  76161-0244
516541177      Stellar Recovery,    PO Box 48570,    Jacksonville, FL  32247
516541179      Trident Asst,    53 Perimeter Ctr E Ste 440,    Atlanta, GA  30346-2294
516541180      Virtua Health,    PO Box 6028,    Bellmawr, NJ  08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2018 23:35:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2018 23:35:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516541159      E-mail/Text: EBNProcessing@afni.com Sep 10 2018 23:36:02      AFNI AT&T Mobil,    PO Box 3097,
                 Bloomington, IL  61702-3097
516732201     +E-mail/Text: g20956@att.com Sep 10 2018 23:36:21      AT&T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    Karen Cavagnaro,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
516562002      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2018 23:39:10
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
516750512      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2018 23:39:10
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516541161      E-mail/Text: info@chcollects.com Sep 10 2018 23:36:42      C&H Collection Services,
                 PO Box 1399,    Merchantville, NJ  08109-0399
516541163      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 23:39:41      Capital One,
                 PO Box 30281,    Salt Lake City, UT  84130-0281
516541164      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 23:39:22
                 Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT  84130-0281
516723032      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 23:39:22
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516541169      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 23:35:35      Comenity Bank/Peebles,
                 PO Box 182789,    Columbus, OH  43218-2789
516726492     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2018 23:39:07
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
516743204      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2018 23:39:24
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516635144      E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2018 23:35:45
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516541178      E-mail/Text: bankruptcy@sw-credit.com Sep 10 2018 23:35:54      SW Credit Systems, LP,
                 4120 International Pkwy Ste 1100,    Carrollton, TX  75007-1958
517219262     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2018 23:39:23
                 Wollemi Acquisitions, LLC,    AIS Portfolio Services, LP,    P.O. Box 165028,
                 Irving, TX 75016-5028

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Sep 10, 2018
                              Form ID: 185             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517278028     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2018 23:39:06
               Wollemi Acquisitions, LLC,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517278029     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2018 23:39:43
               Wollemi Acquisitions, LLC,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118,
               Wollemi Acquisitions, LLC,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                       TOTAL: 18

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516541170    ##+Debt Recovery Solutions,   900 Merchant Conc Ste 106,   Westbury, NY 11590-5114
                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Michelle  Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us,
           NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
          Tamika Nicole Wyche    on behalf of Debtor Eva E. Acevedo dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```