UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Tamika N. Wyche, Esquire
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
**(856) 338-0411**
TW006502006

In Re: EVA ACEVEDO

Order Filed on October 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-33510-ABA

Adv. No.:

Hearing Date:

Judge: Hon. Andrew B. Altenburg

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby

**ORDERED**.

**DATED: October 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: EVA ACEVEDO

Case No: 16-33154-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

    Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

    Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $900.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__     through the Chapter 13 Plan as an administrative priority.

  _____     outside the plan.

    The debtor's monthly plan is modified to a payment of $345.00 per month for the remaining 38 months to allow for payment of the aforesaid fee, beginning, November 1, 2018.