| **Information to identify the case:** | |
|---|---|
| Debtor 1  Eva E. Acevedo  <br>First Name  Middle Name  Last Name | Social Security number or ITIN    xxx–xx–2770  <br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2  <br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN    _ _ _ _  <br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | |
| Case number:    16–33510–ABA | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Eva E. Acevedo

3/9/20                                                     **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                 United States Bankruptcy Court
                                       District of New Jersey

In re:                                                                   Case No. 16-33510-ABA
Eva E. Acevedo                                                           Chapter 13
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Mar 09, 2020
                              Form ID: 3180W              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             Eva E. Acevedo,    1266 Kenwood Ave,    Camden, NJ   08103-2816
cr             City of Camden,    City Attorney,    City Hall, 4th Floor,    Suite 419,    PO Box 95120,
                 Camden, NJ 08101-5120
516541157      ABC Bail Bond,    425 Martin Luther King Blvd,    Camden, NJ   08102
516541158      ABCO Credit Union,    870 Delsea Drive Doubletree Ctr,    Glasboro, NJ   08028
516722162      Apex Asset Management, LLC,    Virtua Health System - WJ,    PO Box 5407,
                 Lancaster, PA 17606-5407
516541160      Arceima Attn: Payroll,    410 Broadacres Dr Ste 140,    Bloomfield, NJ   07003-3152
516541165      CCMUA,   PO Box 1105,    Bellmawr, NJ   08099-5105
516591337     +Camden County MUA,    1645 Ferry Ave.,    Camden, NJ 08104-1311
516541162     +Camden County Special Civil Part,    101 S 5th St,    Camden, NJ 08103-4099
516541166     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
516541167      City of Camden,    City Hall, Room 117,    PO Box 95120,    Camden, NJ   08101-5120
516599037     +City of Camden,    c/o Office of the City Attorney,    520 Market St.,    City Hall, Suite 419,
                 Camden, NJ 08102-1300
516583044      City of Camden,    Dept. of Water & Sewer,    c/o Office of the City Attorney,
                 City Hall, Suite 419,    Camden, NJ 08101
516541168      City of Camden (American Water),    PO Box 52747,    Phoenix, AZ   85072-2747
516541170     +Debt Recovery Solutions,    PO Box 1259,    Oaks, PA 19456-1259
516541171      Depersia Bail Bonds,    511 Market St,    Camden, NJ   08102-1216
516706049      Emergency Physician Associates of South Jersey, PC,     PO Box 1123,    Minneapolis MN 55440-1123
516541172      Gerald L. Reif, Trustee,    PO Box 350,    South Orange, NJ   07079-0350
516597767      MIDFIRST BANK,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
516723140     +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma Ctiy, OK 73118-6051
516541173      Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK   73118-6051
516806728     +Orion,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516541174      PSE&G,   PO Box 1444,    New Brunswick, NJ   08903-1444
516541175      Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ   08026-1191
516541177      Stellar Recovery,    PO Box 48570,    Jacksonville, FL   32247
516541179     +Trident Asst,    53 Perimeter Ctr E Ste 440,    Atlanta, GA 30346-2230
516541180      Virtua Health,    PO Box 6028,    Bellmawr, NJ   08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516541159      EDI: AFNIRECOVERY.COM Mar 10 2020 03:33:00     AFNI AT&T Mobil,   PO Box 3097,
                 Bloomington, IL 61702-3097
516732201     +EDI: CINGMIDLAND.COM Mar 10 2020 03:43:00     AT&T Mobility II, LLC,   c/o AT&T Services, Inc.,
                 Karen Cavagnaro,    One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
516562002      EDI: AIS.COM Mar 10 2020 03:43:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK   73124-8848
516750512      EDI: AIS.COM Mar 10 2020 03:43:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
516541161      E-mail/Text: info@chcollects.com Mar 10 2020 00:36:07     C&H Collection Services,
                 PO Box 1399,    Merchantville, NJ   08109-0399
516541163      EDI: CAPITALONE.COM Mar 10 2020 03:33:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT   84130-0281
516541164      EDI: CAPITALONE.COM Mar 10 2020 03:33:00     Capital One Bank USA,   PO Box 30281,
                 Salt Lake City, UT   84130-0281
516723032      EDI: CAPITALONE.COM Mar 10 2020 03:33:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
516541169      EDI: WFNNB.COM Mar 10 2020 03:33:00     Comenity Bank/Peebles,   PO Box 182789,
                 Columbus, OH   43218-2789
516726492     +EDI: PRA.COM Mar 10 2020 03:33:00     Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516743204      EDI: PRA.COM Mar 10 2020 03:33:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,   Norfolk VA 23541
516635144      EDI: Q3G.COM Mar 10 2020 03:33:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,    Kirkland, WA   98083-0788
516574276     +EDI: DRIV.COM Mar 10 2020 03:33:00     SANTANDER CONSUMER USA,   P.O. Box 560284,
                 Dallas, TX 75356-0284
516541178      EDI: SWCR.COM Mar 10 2020 03:33:00     SW Credit Systems, LP,
                 4120 International Pkwy Ste 1100,    Carrollton, TX   75007-1958
516541176      EDI: DRIV.COM Mar 10 2020 03:33:00     Santander Consumer USA,   PO Box 961245,
                 Fort Worth, TX   76161-0244
517219262     +EDI: AISACG.COM Mar 10 2020 03:33:00     Wollemi Acquisitions, LLC,
                 AIS Portfolio Services, LP,    P.O. Box 165028,   Irving, TX 75016-5028
517278028     +EDI: AISACG.COM Mar 10 2020 03:33:00     Wollemi Acquisitions, LLC,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Mar 09, 2020
                               Form ID: 3180W           Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517278029       +EDI: AISACG.COM Mar 10 2020 03:33:00      Wollemi Acquisitions, LLC,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118,    Wollemi Acquisitions, LLC,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 20
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Michelle  Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Debtor Eva E. Acevedo dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```