**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Tamika N. Wyche, Esquire
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502006

**Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EVA E. ACEVEDO

Case No: 16-33510

Chapter: 13

Hearing Date: April 7, 2020

Judge: ABA

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**   ☒ **LIEN**   ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 9, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) _____

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Capital One _____
    b. Current Assignee: _____
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: 10/14/08 _____
    e. Date of Recordation: _____
    f. Place of Recordation: _____
        i. Mortgage Book: _____
        ii. Page: _____
    g. Original Principal Balance of Mortgage/Lien: $ 1,201.67 _____

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Eva E. Acevedo  
    Debtor

Case No. 16-33510-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 09, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.
db           Eva E. Acevedo,    1266 Kenwood Ave,    Camden, NJ   08103-2816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Michelle Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us, NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us  
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
          Tamika Nicole Wyche    on behalf of Debtor Eva E. Acevedo dpdlawyer@comcast.net, G30609@notify.cincompass.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 7